Dear Clerk of the Court, how are you doing today good I hope. My name is Leron Louis Liggins, Im sending this letter because I wanted to request a copy of the response from the government on my motions that where filed 12/10/18 and 12/27/18, the government responded 12/21/18 and 1/02/19. The case number is 2:18-CR-20071-SJM-DRJ-1, and I wanted to know if I can get a copy of the Motions also filed on 12/10/18 and 12/27/18. Im also wanted to file paperwork that I'm terminating my attorney Marlon B Evans from my case, thank you for your time hope to hear from you soon.

Sincerly,
    LeRon Louis Liggins

Case No: 2:18-CR-20071-SJM-DRJ-1

3/21/19

FILED
MAR 26 2019
CLERK'S OFFICE
DETROIT