FILED
MAR 26 2019
CLERK'S OFFICE
DETROIT

pg 1

The United States of America
        (Plaintiff)    Case No. 2:18-CR-20071-SJM-CRT-1
VS.        Hon. Stephen J. Murphy III
D-1 (Leron L. Liggins) Defendant

**[JUDICIAL NOTICE OF INEFFECTIVE COUNSEL]**

Now comes the (defendant) (Leron L. Liggins) giving the court Judicial Notice of Ineffective Assistance counsel of defense attorney Marlon Blake Evans. My attorney has sent information to my parents but not me. I've asked to see him but he seems to be to busy to come and see me, 10/10/18 is when we seen the probation deparment and I he didn't visit me until 2/17/19, which I asked him to remove himself from my case. He hasn't put in any time in discussing strategies or gone over errors of my case. He has also said things of unethical conduct and I do not trust him on my case.

"To establish ineffective counsel, it must be shown that counsels performance was deficient and that the deficient performance prejudiced the defense so as to render the trial unfair and the result unreliable."
(See Strickland V. Washington, 466 U.S. 668, 687, 104 S CT 2052, 80 L. E.D. 2d 674 (1984)

pg 2

Furthermore. "On balance, the benchmark for judging an claim of ineffectiveness must be whether counsel's conduct so undermined the proper functioning of the adversarial process that the proceeding cannot be relied on as having provided a just result." (See McQueen V. Scroggy, 99. F.3d 1302, 1311-12 (6th Cir. 1996)

Leron Liggins

*[signature]*

3/21/19

LeRon L. Liggins
Midland County Jail
105 East Ice Dr.
Midland, MI 48642

**CERTIFIED MAIL**

7018 2290 0000 9588 2997

United District Eastern District of Michigan
Office of the Court
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd. Room #564
Detroit, MI. 48226

3/22/19 (mo)

U.S. POSTAGE PAID
FCM LETTER
DETROIT, MI
48219
MAR 22, 19
AMOUNT
$6.85
R2304M114713-11

RECEIVED
MAR 26 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

48226
48226-271839