UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.

LERON LIGGINS,

           Defendant.

                                     /

Case No. 2:18-cr-20071-1

HONORABLE STEPHEN J. MURPHY, III

**ORDER STRIKING DEFENDANT'S MOTIONS IN LIMINE [43, 44, 45]**

Defendant filed three motions in limine on September 13, 2019, ECF 43, 44, 45, in anticipation of a trial scheduled to begin on September 24, 2019, ECF 40. The parties have since agreed to reschedule the trial to begin on March 3, 2020. ECF 49. Because trial is five months away, the Court will strike as premature Defendant's outstanding motions in limine. Defendant may, however, refile the motions closer to the March 3, 2020, trial date.

**WHEREFORE**, it is hereby **ORDERED** that Defendant's motions in limine [43, 44, 45] are **STRICKEN.**

**SO ORDERED**.

Dated: October 16, 2019

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 16, 2019, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager

1