# Judicial Notice

The United States of America     Case No: 2:18-cr-20071
(Plaintiff)

Vs.     Hon. Stephen J. Murphy

D-1 (LeRon Liggins)
Defendant

Now comes the (defendant) LeRon Liggins, giving the Court Judicial notice of ineffective assistance counsel of defense attorney Joesph Arnone.

I'm filing this Judicial notice because there has been a break down in Communication, a lack of communication and certain matters unattended. Mr. Arnone had come to see me some time in the Middle of November, I asked him to file some Suppeonas for me because the prosecution is withholding exculpatory evidence that's benificial to my innocence and also to show the government has done fraud upon the court. I have had my family try to contact Mr. Arnone he has yet to return any calls and he knows this is are only way of communication. I'm still trying to figure out how he adjourned my court date for trial for 6 month's (the last time I was at the court house but not present for the adjournment) which is a violation of my 6th amendment of my Speedy trial Rights. I feel Mr. Arnone is passing information we discuss in private back to the

~~Prosecu~~ Prosecution and I do not feel comfortable with him on my case any more and would like immediate termination.

"To establish ineffective assistance counsel, it must be shown that counsels performance was deficient and that the deficient performance prejudiced the defense so as to render the trial unfair and the result unreliable". (See Strickland V. Washington, 466 U.S. 668, 687, 104 S CT 2052, 80 L. E.D. 2d 674 (1984)

Furthermore, "On balance, the benchmark for judging any claim of ineffectiveness must be whether counsel's conduct so underminded the proper functioning of the adversarial process that the proceeding cannot be relied on as having provided a just result." (See MQueen V. Scroggy) 99 F.3d 1302, 1311-12 (6th Cir. 1996)

To the Clerk of the Court can you please send me my ~~docket~~ docket sheet and some Criminal subpeonas thank you.

LeRon Liggins
Livingston County Jail
150 Highlander Way
Howell, MI 48843

© USPS 2016

Clerk of the Court
Theodore Levin United States District Court
231 W. Lafayette
Detroit, MI 48226

cannot read postmark

48226-277758

RECEIVED
DEC 19 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

FOREVER USA
Barn Swallow