UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

Case No. 2:18-cr-20071

HONORABLE STEPHEN J. MURPHY, III

v.

LERON LIGGINS,

          Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR RECUSAL [94]

On the eve of trial, Defendant moved for recusal of the trial judge. ECF 94. On October 19, 2021, the Court addressed the issue, on the record, after voir dire. For the reasons stated from the bench by the Court, the motion is denied.

**WHEREFORE**, it is hereby **ORDERED** that Defendant's motion to recuse trial judge [94] is **DENIED**.

**SO ORDERED.**

          s/ Stephen J. Murphy, III
          STEPHEN J. MURPHY, III
          United States District Judge

Dated: October 22, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 22, 2021, by electronic and/or ordinary mail.

          s/ David P. Parker
          Case Manager